# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-cr-00057 |
| TROY LEON MURPHY, | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Post-Conviction Supervision Petition (the "Petition"). (Doc. No. 104.) The Petition alleges that the Defendant violated the terms of his supervised release by failing to reside at the Residential Reentry Center for the first six months of his term of supervision, failing to save fifty percent (50%) of his income while a resident at the RRC, failing to attend and comply with conditions of treatment at Elam Mental Health Center, and failing to report for drug screenings ("Violations 1, 2, 3, and 4" respectively). A hearing was held on the Petition on August 22, 2019. At the hearing, the Defendant testified and admitted to Violations 1, 2, 3, and 4, as contained in the Petition. Accordingly, the Court **ADJUDGES** the Defendant **GUILTY** of Violations 1, 2, 3, and 4.

Accordingly, the Petition is **SUSTAINED**. As discussed at the hearing applying the factors in 18 U.S.C. § 3553a, the Court **ORDERS** the Defendant to serve a seven (7) month custodial sentence, to be followed by one (1) year supervised release. Upon release, Defendant shall comply with all previously-imposed conditions of supervised release.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE